# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00937-CV

**Gelato's Holdings, Inc. and Brad Badgley, Appellants**

**v.**

**Steve Knight, Appellee**

### FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-003782, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Gelato's Holdings, Inc., and Brad Badgley have filed an unopposed motion to dismiss their appeal. Their previously filed motion to stay arbitration through the outcome of the appeal is pending before this Court. Having reviewed the motion to dismiss and the record, we conclude that the motion to dismiss should be granted. We therefore grant that motion and dismiss this cause. We dismiss the motion to stay as moot in light of our disposition of the appeal.

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Filed: September 15, 2020

Dismissed on Appellants' Motion